1
2
3
4
5
6                       UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8
9

10   RACHELLE RIDOLA,                        Case No. 17-cv-03631 NC

11              Plaintiff,                    **ORDER OF CONDITIONAL
                                             DISMISSAL**
12        v.
                                             Re: Dkt. 16
13   BRINKER RESTAURANT
     CORPORATION, et al.,
14
                Defendants.
15

16        The Court having been notified of the settlement of this action, and it appearing that

17   no issue remains for the Court's determination,

18        IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

19   DISMISSED with prejudice. In the event that the settlement is not reached, any party may

20   move to reopen the case, provided that such motion is filed within sixty days. All

21   scheduled dates are VACATED.

22        IT IS SO ORDERED.

23        Dated: January 30, 2018          _____

24                                          Nathanael M. Cousins
                                            United States Magistrate Judge
25
26
27
28

     Case No. 17-cv-03631 NC
     ORDER OF CONDITIONAL
     DISMISSAL